IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN POWELL,
    Petitioner,

vs.                                         3:07cv147/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.

## O R D E R

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 1), together with a motion to proceed *in forma pauperis* (doc. 4). A preliminary review of the petition reveals that it is in proper form.

    From a review of the petitioner's institution certificate, it appears that although at the time of filing his petition the petitioner had a $0.12 balance in his account, over the past six months he had deposits totaling $400.00. As the filing fee for a petition for writ of habeas corpus is only $5.00, petitioner will be required to pay the fee.

    Accordingly, it is ORDERED:

    1.     Petitioner's motion to proceed *in forma pauperis* (doc. 4) is DENIED.

    2.     Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of this order. The check should be made payable to "Clerk, U. S. District Court." Failure of petitioner to either submit this amount or explain his inability to do so may result in a recommendation to the District Court that this case be dismissed.

    DONE AND ORDERED this 26th day of April, 2007.

                                      /s/ *Miles Davis*
                                      **MILES DAVIS**
                                      **UNITED STATES MAGISTRATE JUDGE**