IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN POWELL,
    Petitioner,

vs.                               CASE NO.: 3:07cv147/MCR/MD

WALTER A. MCNEIL,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 5, 2008. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The amended petition for writ of habeas corpus (doc. 13), challenging the convictions and sentences in _State of Florida v. Steven Bernarda Powell,_ in the Circuit Court of Escambia County, Florida, case number 03-22, is DENIED and the clerk is directed to close the file.

    DONE AND ORDERED this 1st day of December, 2008.

                                          _s/ M. Casey Rodgers_
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**