**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STEVEN POWELL,**
    Petitioner,

v.                                      Case No.  3:07cv147/MCR/MD

**WALTER A. MCNEIL,**
    Respondent.
_____/

**O R D E R**

This cause is before the court upon petitioner's applications for a certificate of appealability (docs. 36, 38).  Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this Court's December 1, 2008 Order (doc. 32) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on September 5, 2008 (doc. 29), a certificate of appealability will be denied.

Accordingly, it is ORDERED:

Petitioner's motions for certificate of appealability (docs. 36, 38) are DENIED, and no certificate shall issue.

DONE AND ORDERED this 5th day of January, 2009.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**